UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VRP Law P.C., | ) | |
| | ) | |
| | ) | No.   15 C 880 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| | ) | |
| Mudd Law Offices et al., | ) | |
| | ) | |
| Defendant, | ) | |

**Order**

On Defendants' motion to seal [10], the Clerk's Office shall temporarily place the complaint, R. 1, under seal. Plaintiff shall respond to the motion to seal, including whether to seal the exhibits to the complaint if not the entire case, by 02/17/2015. Defendants may reply by 02/24/2015. The Court notes that it is very unlikely that sealing the entirety of the case is justified; if anything, individual exhibits and parts of briefs may require the filing of a redacted version for the public and an under-seal version to protect attorney-client communications.

ENTERED:

/ s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE:        February 10, 2015