# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

VRP Law P.C.

                    Plaintiff,

v.                                          Case No.: 1:15−cv−00880
                                             Honorable Edmond E. Chang

Mudd Law Offices, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Defendants' motion to seal [10] is denied. There is no basis to seal the complaint and its exhibits, in view of the narrow circumstances in which cases and complaints may be kept out of the public record. None of those circumstances apply here. The Clerk's Office shall unseal the complaint. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.